"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.: SACR 09-103 |
|                                  ) | |
|              Plaintiff,          ) | ORDER OF DETENTION |
|                                  ) | |
| vs.                              ) | |
|                                  ) | |
| PAUL RICHARD LACSON,             ) | |
|              Defendant.          ) | |
| _____  ) | |

**I.**

A.   ( )   On motion of the Government in a case allegedly involving:

    1.   ( )   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

       (X)    On the further allegation by the Government of:

            1.    (X)    a serious risk that the defendant will flee.

            2.    ( )    a serious risk that the defendant will:

                 a.    ( )    obstruct or attempt to obstruct justice.

                 b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

            1.    (X)    the appearance of the defendant as required.

                   (X)    and/or

            2.    (X)    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (X)    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    (X)    the weight of evidence against the defendant;

1 C. (X) the history and characteristics of the defendant; and
2 D. (X) the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk: Defendant's strong ties to a foreign country, lack of sufficient bail resources, the prospect of serving a lengthy prison sentence of deportation if convicted.
B. (X) As to danger: The nature of the charged offense.

### VI.

A. ( ) The Court finds that a serious risk exists the defendant will:
    1. ( ) obstruct or attempt to obstruct justice.
    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1 extent practicable, from persons awaiting or serving sentences or being held in
2 custody pending appeal.
3 C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
4 opportunity for private consultation with counsel.
5 D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6 request of any attorney for the Government, the person in charge of the
7 corrections facility in which defendant is confined deliver the defendant to a
8 United States marshal for the purpose of an appearance in connection with a court
9 proceeding.

Dated: May 21, 2009

　　　　　　　　　　　　　　/s/   Arthur Nakazato
　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE