# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 09-103-AG | Date | September 21, 2009 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Denise Paddock | Rob Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PAUL RICHARD LACSON | X | X | | Alan Baum | X | | X |

**Proceedings:** CHANGE OF PLEA

Defendant moves to change plea to Counts 1 and 2 of the Indictment.

Defendant sworn and states true name as charged.

Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Indictment.

The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report, and the matter is continued to February 1, 2010 at 3:00 pm for sentencing.

The Court ORDERS the jury trial vacated as to this defendant only.

| | 0 | : | 23 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |