TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N

----------------------------------------------------------------------------------------------

FROM: 48375112
TO:
SUBJECT: Appeal
DATE: 5/26/2010 8:41:00 PM

.



PAUL RICHARD LACSON
Reg. No.: 48375-112
P. O. BOX 1500
LOS ANGELES, CA 90053


UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | $S\!A$ |
| | ) | Case No.: CR-09-103-AG |
| Plaintiff | ) | |
| | ) | NOTICE OF APPEAL |
| V. | ) | |
| | ) | |
| PAUL RICHARD LACSON | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

TO THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE, AND THE ASSISTANT

UNITED STATES ATTORNEY.

COMES NOW, THE DEFENDANT-APPELLANT, PAUL RICHARD LACSON, IN THE ABOVE CAPTIONED CASE,

WILL AND HEREBY MOVE THIS COURT FOR AN ORDER ALLOWING HIM TO APPEAL THE SENTENCE IMPOSED ON

MAY 26th., 2010.

RESPECTFULLY SUBMITTED THIS 26th. DAY OF MAY, 2010

_____
Paul Richard Lacson

TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N

---------------------------------------------------------------------------------------------------------

FROM: 48375112
TO:
SUBJECT: Certificate of Service
DATE: 5/26/2010 8:51:55 PM

.

CERTIFICATE OF SERVICE


CASE NAME:   UNITED STATES OF AMERICA V. PAUL RICHARD LACSON

CASE NO:      CR-09-103-AG


I CERTIFY THAT I SERVE VIA UNITED STATES MAIL A COPY OF THE FOLLOWING DOCUMENTS:

[  ] MOTION                          [ XX] NOTICE OF APPEAL

[  ] OPENING BRIEF                   [  ] GENERAL CORRESPONDENCE

[  ] OTHER DOCUMENT(S)   (SPECIFY)

AND ATTACHMENTS IN THE NAME AND ADDRESS OF THE PARTIES LISTED BELOW:

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. THIS DOCUMENT WAS EXECUTED THIS 25th. DAY OF MAY, 2010 AT THE METROPOLITAN DETENTION CENTER - LOS ANGELES.


PAUL RICHARD LACSON
Name

_____
Signature


| NAME: | ADDRESS: | DATE SERVED: |
| --- | --- | --- |
| The Hon. Andrew J. Guilford, Judge | 411 W. 4th. Street<br>Santa Ana, CA 92701-4516 | May 26, 2010 |