Richard Pauld Lacson
Reg. No.: 48375-112
P.O. Box 1500
Los Angeles, CA 90053



May 27, 2010

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SACR |
| Plaintiff ) | Case No.: 09-103-AG |
| v. ) | |
| PAUL RICHARD LACSON ) | SENTENCING RECONSIDERATION |
| Defendant ) | |

To The Honorable Andrew J. Guilford, United States District Judge and the Assistant United States Attorney.

I Paul Richard Lacson, respectfully submit this Motion for Sentencing recondideration. I respectfully request this Court to consider the factual argument(s) contained herein as it relates to defendants' role in the offense, defendants' criminal history and sentence imposed when compared to co-defendant Cesar Cabrera.

The Facts on which this Motion is based are shown for the most part in the affidavit of Paul Richard Lacson, attached to this Motion, on the papers and records on file in this action,

and what ever evidence is presented at the hearing of this motion.

Respectfully submitted this 27th. day of May 2010.

_____
Paul Richard Lacson

Paul Richard Lacson
Reg. No.: 48375-112
P.O. Box 1500
Los Angeles, CA 90053


May 27, 2010


Case No.: CR-09-103-AG

DECLARATION IN SUPPORT OF REQUEST

FOR SENTENCE RECONSIDERATION


     I Paul Richard Lacson, denendant, declares that I am the Petitioner in the entitled Case; that in support of my Motion for sentence reconsideration, I believe that I am entitled for relief for the following reasons:

1. I am the Defendant in this matter and I was represented by Attorney Mr. Alan Baum.

2. I was sentenced on May 26, 2010 to serve a term of 24 months imprisonment. While I feel that 24 months was a leinent sentence, I would greatly appreciate it if your Honor could consider the facts stated herein and make a recommendation for a sentence reconsideration. My request is based on the following:

a). Your Honor on May 25, 2010 I prepared a sentencing letter addressed to your Honor. I gave a copy of this letter (**Exhibit "A"**) to my attorney on the day of sentencing, requesting that he present the letter and attachments to your Honor for review before your Honor pass sentence unto me. For whatever reason, my attorney failed to present my letter to your Honor.

This letter incorporated and was to take the place of what I would like to say to your Honor before your Honor pass sentence unto me. In paragraph two of the letter addressed to your Honor, it states as follows: " This letter serves as an acceptance of responsibility for my actions charged in Count One and Two of my indictment. I do recognize the gravity of my selfish conduct and the long term harm that I have caused society, my family, wife and children. I am very sorry for the effects that my action have on you all, and I do ask for your forgiveness." **See paragraph 2 Exhibit "A"**. This was the statement that your Honor said he was looking for during sentencing, to consider issuing another point reduction.

Because your Honor was never provided a copy of my letter by my attorney, it prejudice the outcome of my sentence. This action by my attorney at the most critical point in these proceedings can be construed as ineffective assistance by my attorney.

b). In my Plea Agreement and in the government's Sentencing position, it state that "Both Parties Stipulated to a total offense level of 20, which is based upon a base offense level (for 42,000 hydrocodone tablets). However, the USPO calculated my co-defendant Mr. Cesar Cabrera total offense level as 30, found that Mr. Cabrera has a criminal History category of IV, thereby producing a guideline range of 135-168 months imprisonment; (**Page 6 ¶IV(A)** Government's Sentencing Position). The USPO recommended a sentence of 135 months. However on or about May 24, 2010 Mr. Cabrera was sentenced to 27 months imprisonment, 108 months less than what was recommended by the USPO.

Your Honor the USPO tabulation of Mr. Carberas' offense level as 30 found that he has a criminal history category of IV, thereby producing a guideline range of 135 - 168 months imprisonment. The Government stated that they gave Mr. Cabrera 10 points offense level reduction which would put Mr. Cabreras' offense level at 20 and with a criminal history category of IV, it produces a guideline range of 51-71 months and not 27 months that Mr. Cabrera received as his sentence. In order for Mr. Cabrera to receive a 27 months sentence with a criminal history category of IV, his offense level would have to be at 14, therefore based on these calculations, Mr. Cabrera received a total of 16 points offense level reduction.

Also, I am subject to deportation which will deprive me of taking advantage of the Second Chance Act of 2007. The regulation state that the Bureau will designate inmates to community confinement only as a condition of Pre-release custody and programing during the last ten percent of the prison sentence being served, for a period not exceeding six months. Mr. Cabrera will be able to take advantage of this program resulting in Mr. Cabrera spending less time incarcerated than I would. Your Honor we must also consider the fact that after I complete my term of imprisonment, I will be turned over to immigration for an extended period of time awaiting deportation, all the while in custody.

However, even though we both cooperated with the government and the government stipulated that I truthfully provided information to the Government and attempted to provide substantial assistance to the DEA and IRS (G.S.P. page 5 lines 22-27), Mr. Cabrera received a 27 months sentence. three months more than my sentence, even though he has a criminal history of IV and my criminal history is I. This clearly shows an unwarranted sentencing desparity.

Your Honor the government's Sentencing Position and Plea Agreement for Mr. Cesar Cabrera were filed under seal, accordingly, I have been denied any ability to determine why Mr. Cabrera received such a huge reduction in his offense level, 13-16 points and received such a minimal sentence of 27 months, when infact Mr. Cabrera was more involved in the offense conduct more extensive than I was. Without access to Mr. Cabrera's Plea AGreement and the Government's Sentencing Position and Agreement as it relates to Mr. Cabreras's sentence, I have been denied the ability to establish the factual basis for such a low sentence for Mr. Cabrera, which represent an unwarranted disparity.

Then in the case of United States v. Sean Couevas, SA-CR-No.: 08-329-JVS, Couevas pruchased a total of 90,000 hydrocodone tablets from Mr. Cabrera. He was sentenced to six months of Residential Drug Treatment (page 7 lines 17-20, Government's Sentencing Position).

I pray and hope that after your Honor had the oppertunity to review the contents herein, Your Honor can clearly see the unwarranted sentencing disperity; and based on my criminal history, there is a very low risk of recedivism.

Thank you your Honor for taking the time to read my Motion and Affadavit. My family, wife, children and I would like to thank your in advance for your consideration and compassion.

Respectfully submitted this 27th. day of May 2010.

Paul Richard Lacson - Pro Se

TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N

---

FROM: 48375112
TO:
SUBJECT: Sentencing
DATE: 5/30/2010 6:57:43 PM

PAUL RICHARD LACSON
Reg. No.: 48375-112
P.O. BOX 1500
LOS ANGELES, CA 90053

EXHIBIT "A"

MAY 25, 2010

THE HONORABLE ANDREW J. GUILFORD, JUDGE
411 W. 4th. STREET
SANTA ANA, CA 92701-4516

Re.:Case No.:  CR-09-103-AG/SENTENCING

DEAR JUDGE GUILFORD:

I AM APPEARING BEFORE YOU TODAY FOR SENTENCING AS IT RELATES TO THE AFORE MENTIONED CASE. THIS LETTER INCORPORATES AND TAKES THE PLACE OF WHAT I WOULD LIKE TO SAY TO YOUR HONOR BEFORE YOUR HONOR PASS SENTENCE UNTO ME.

YOUR HONOR THIS LETTER ALSO SERVES AS AN ACCEPTANCE OF RESPONSIBILITY FOR MY ACTIONS AS CHARGED IN COUNT ONE AND TWO OF MY INDICTMENT. I DO RECOGNIZE THE GRAVITY OF MY SELFISH CONDUCT AND THE LONG TERM HARM THAT I HAVE CAUSED SOCIETY, MY FAMILY, WIFE AND CHILDREN. I AM VERY SORRY FOR THE EFFECTS THAT MY ACTIONS HAVE ON YOU ALL, AND I DO ASK FOR YOUR FORGIVENESS.

1. YOUR HONOR IN THE WRITTEN PLEA AGREEMENT THAT I SIGNED ON OR ABOUT SEPTEMBER 1, 2009, THE PARTIES HAVE STIPULATED AND AGREED TO A FACTUAL BASIS FOR THE PLEA. THERE IN, THE PARTIES STIPULATED TO A DRUG QUANTITY OF 42,000 HYDROCODONE TABLETS WHICH RESULTED IN A BASE OFFENSE LEVEL OF 20, PURSUANT TO GUIDELINE SECTION 2S1.1(a)(1) (Page 6 paragraph 10 lines 2-6 PSR). HOWEVER, I OBJECT TO THE BASE OFFENSE LEVEL OF 30 STIPULATED ON Page 3 (Guideline summary) AND ON Page 7 paragraph 25(a) (Offense level computation - PSR), PURSUANT TO GUIDELINE SECTION 2S1.1, TO THE EXTENT THAT THE RELEVANT CONDUCT IN PARAGRAPH 25(a) OF THE PSR WAS BASED UPON TRANSACTION INVOLVING 2,643,106 HYDROCODONE TABLETS WHICH IS CONTRARY TO WHAT WAS STIPULATED TO ON PAGE 6 PARAGRAPH 10 LINES 2-6 OF MY PLEA AGREEMENT, THAT IS APPROXIMATELY 42,000 HYDROCODONE TABLETS RESULTING IN A BASE OFFENSE LEVEL OF 20.

2. THE PRESENTENCE REPORT DOES NOT RECOGNIZE THE POSSIBILITY OF MY ELIGIBILITY FOR A 2 POINTS REDUCTION PURSUANT TO SECTION 2D1.1(b)(II). I HOPE THAT THE GOVERNMENT APPRAISE YOUR HONOR OF THE SEVERAL MEETINGS THAT I HAD WITH THEM AND THE AGENTS INVOLVED IN THE INVESTIGATION OF THIS CASE. THE TRUTHFULNESS, COMPLETENESS, TIMELINESS AND RELIABILITY OF THE INFORMATION OF MY TESTIMONY PROVIDE TO THE GOVERNMENT. THE NATURE AND EXTENT OF MY ASSISTANCE AND MY ROLE IN THE OFFENSE, THAT OF A MINOR PARTICIPANT.

TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N
------------------------------------------------------------------------

3. THAT I DID NOT CONTEST THE FORFEITURE OF : (A). MY DRUG ENFORCEMENT ADMINISTRATION REGISTRATION AND LICENSE FOR COLIMA PHARMACY LOCATED AT 19041 E. COLIMA ROAD, ROWLAND HEIGHTS CALIFORNIA; b). MY RIGHTS, TITLE AND INTEREST IN COLIMA PHARMACY INCLUDING THE INVENTORY OF THE PHARMACY;  C). THE $50,000.00 U.S DOLLARS, WHICH REPRESENTS THE SALE PROCEEDS FROM A THIRD PARTY. (Page 3 paragraph 4 Plea Agreement); AND d). THAT THE GOVERNMENT AGREED NOT TO USE ANY OF THE INFORMATION THAT I PROVIDED PURSUANT TO MY PLEA AGREEMENT, AGAINST ME AT THE TIME OF SENTENCING FOR THE PURPOSE OF DETERMINING THE APPLICABLE GUIDELINE RANGE, INCLUDING THE APPROPRIATENESS OF ANY UPWARD DEPARTURE AND TO RECOMMEND TO THE COURT THAT SUCH INFORMATION NOT BE USED IN DETERMINING THE SENTENCE TO BE IMPOSED. (Plea Agreement page 12, Paragraph 19(d)). ALSO INCLUDED IN  THIS FORFEITURE THAT WERE NOT MENTIONED BY THE GOVERNMENT WERE THREE VEHICLES.

YOUR HONOR I CANNOT STOP THINKING ABOUT THE BLUNDER THAT I HAVE MADE AND THE LONG TERM EFFECTS THAT MY SELFISH ACTION WILL HAVE ON MY FAMILY AND I, IN LIGHT OF MY MANY ILLNESSES, SUCH AS SEVERE HYPERTENSION, KIDNEY RENAL FAILURE, DIABETES, FINGER FRACTURES AND MOST RECENTLY, OTHROSCOPIC KNEE SURGERY; AND MY ABILITY TO PROVIDE FOR MY FAMILY. THE EMBARRASSMENT THAT I HAVE CAUSED THEM WILL TAKE A WHILE TO HEAL. I HOPE THAT WITH TIME I CAN PUT THIS ALL BEHIND ME.

YOUR HONOR I DO APPRECIATE YOU TAKING THE TIME TO READ THE CONTENTS OF MY LETTER, AND ALL THE MATERIAL PROVIDED TO YOU BY MY ATTORNEY AND THE GOVERNMENT. I AM VERY SORRY FOR ALL THE WORK THAT I HAVE CAUSED YOU ALL. MY WIFE, CHILDREN AND I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR CONSIDERATION, COMPASSION AND FAIRNESS WITH WHICH YOU HAVE DETERMINE MY SENTENCE. THANK YOU.

RESPECTFULLY SUBMITTED,

_____
Richard Lacson

TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N

---

FROM: sulit, maria
TO: 48375112
SUBJECT: A Baum's response
DATE: 5/28/2010 12:18:22 PM

Exhibit "B"

Thu, May 27, 2010 11:27:23 AMRe:
From: "abaum@uniteddefensegroup.com" View Contact
To: maria sulit

---

Maria,

Regarding a transcript, that would have to be ordered and paid for. The cost would be around $300-400. If you deposit $400 in our trust account I'll go ahead and order it.

I have the letter and you can pick it up or I'll mail it to you. As I explained to Richard before the sentencing, there were things in there that I thought he shouldn't say. His speech to the judge was great.

Regarding an appeal, there is nothing to appeal so I would not be willing to file an appeal. If you want to speak with another lawyer maybe they would be willing to file an appeal. Also, our retainer agreement does not include an appeal.

I thought the results of 24 months was quite good. Apparently Richard does not feel the same.

Alan


> Alan,
> I talked to Richard and he wants to get a copy of the transcript of his
> sentencing. He also mentioned something about the letter that supposed to
> be given to the judge but he said that you kept it. I hope that you still
> have it. There is something there that he wrote about asking forgiveness
> for the harm that he did to the community which could have helped
> because I heard the judge that he could have deducted another one point
> from that level for the downward departure ( i hope you understand what I
> mean). He is planning to file an appeal.
>
>
> Maria
>

TRULINCS 48375112 - LACSON, PAUL RICHARD - Unit: LOS-G-N

---

FROM: 48375112
TO:
SUBJECT: Certificate of Service
DATE: 5/30/2010 6:57:00 PM

.

CERTIFICATE OF SERVICE


CASE NAME:   UNITED STATES OF AMERICA V. PAUL RICHARD LACSON

CASE NO:   CR-09-103-AG


I CERTIFY THAT I SERVE VIA UNITED STATES MAIL A COPY OF THE FOLLOWING DOCUMENTS:

[XX] MOTION                              [ ] NOTICE OF APPEAL

[ ] OPENING BRIEF                        [ ] GENERAL CORRESPONDENCE

[ ] OTHER DOCUMENT(S)  (SPECIFY)

AND ATTACHMENTS IN THE NAME AND ADDRESS OF THE PARTIES LISTED BELOW:

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. THIS DOCUMENT WAS EXECUTED THIS 30th. DAY OF MAY, 2010 AT THE METROPOLITAN DETENTION CENTER - LOS ANGELES.

PAUL RICHARD LACSON
Name                                     _____
                                         Signature

| NAME: | ADDRESS: | DATE SERVED: |
|---|---|---|
| The Hon. Andrew J. Guilford, Judge | 411 W. 4th. Street<br>Santa Ana, CA 92701-4516 | May 30, 2010 |









Paul Richard Lacson - Reg. No.: 48375-112
Metropolitan Detention Center - Los Angeles
P.O. Box 1500
Los Angeles, CA 90053

Legal Mail



CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY
JUN - 8 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
RECEIVED

Legal Mail

The Honorable Andrew J. Guilford, Judge
411 W. 4th. Street
Santa Ana, CA 92701-4516